UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:14-mj-93 |
| | ) | |
| vs. | ) | |
| | ) | |
| HILDA TRUJILLO-ROJAS | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing and detention hearing were held in this action on April 7, 2014. Those present included:

(1) An Asst. U.S. Attorney (AUSA) for the Government.
(2) The defendant.
(3) Attorney Keith Davis for defendant.

Upon being sworn the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

The defendant acknowledged she had received a copy of the Criminal Complaint. It was determined she was capable of being able to read and understand these proceedings.

The AUSA moved the court the defendant be detained without bail.

Detention Hearing and Preliminary Hearing - Proof

The AUSA called TBI Agent Mark Delaney as a witness. He testified to the facts outlined in the affidavit attached to the Criminal Complaint.

Findings

Having heard and considered the testimony of the Agent Delaney during the detention hearing and preliminary hearing and the Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there have been violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), possessing with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine

1

and 21 U.S.C. §§ 846 and 831(b)(1)(A), conspiring to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

(3) The proof the defendant committed the aforesaid offenses is strong.

(4) There are no conditions nor are there any combinations of conditions which will reasonably assure the safety of the community.

Conclusions

It is ORDERED:

(1)   The defendant is held to answer the charges against him in the District Court.

(2) The AUSA's motion to detain the defendant without bail is GRANTED for reasons set out in the separate ORDER OF DETENTION PENDING TRIAL filed with this order.

(3) The defendant's next appearance shall be before a U.S. Magistrate Judge at **3:00 p.m. on Wednesday, April 23, 3014.**

ENTER.

S /*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE